UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:19-cv-20087-UU

JOEL D. PEARSON

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.

_____/

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant states as follows:

Hartford Life and Accident Insurance Company is owned by Hartford Life, Inc., which is owned by Hartford Holdings, Inc., which is owned by The Hartford Financial Services Group, Inc.

The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation.  No publicly held corporation currently owns 10% or more of its common stock.

Dated: February 6, 2019

                                      By: /s/ *Jeannine Jacobson*
                                              Jeannine C. Jacobson / FBN 58777
                                              Latanae L. Parker / FBN 76591
                                              Robinson & Cole LLP
                                              777 Brickell Avenue, Suite 680
                                              Miami, FL 33131
                                              Telephone: 786-725-4120
                                              Facsimile: 786-725-4121
                                              E-mail: jjacobson@rc.com
                                                        lparker@rc.com
                                              *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2019, a true and correct copy of the foregoing has been served by electronic filing through the CM/ECF system, which will send notice to the parties to this litigation as follows:

*Attorneys for Plaintiff*
Alexander A. Palamara, Esq.
Gregory Michael Dell, Esq.
Attorneys Dell and Schaefer
2404 Hollywood Boulevard
Longwood, FL 33020
Telephone: 954-620-8300
Email: alex@diattorney.com
          gdell@diattorney.com

                                              */s/ Jeannine C. Jacobson*
                                              Jeannine C. Jacobson