UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-20087-UU

JOEL D. PEARSON,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE CO.,

    Defendant.
_____/

### ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*. The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises. On March 6, 2019, the Parties filed a notice of mediator selection. D.E. 12. However, as of the date of this order, the parties have not informed the court of their agreed date of mediation. Accordingly, it is

ORDERED AND ADJUDGED that the PARTIES SHALL show cause in writing, by **Wednesday, April 10, 2019**, as to why the parties have not yet scheduled their mediation. Alternatively, the parties may agree to a mediation date and submit a proposed order scheduling mediation by that date. **Failure to comply with this order will result in dismissal of this action without further notice.**

DONE AND ORDERED in Chambers, Miami, Florida, this _8th_ day of April, 2019.

*[signature]*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record