UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-20087-UU

JOEL D. PEARSON,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE CO.,

    Defendant.

_____/

**ORDER**

THIS CAUSE is before the Court upon the Parties' Notice of Settlement (the "Notice"). D.E. 19. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On May 13, 2019, the Parties filed the Notice, notifying the Court that the parties had reached a full settlement and would be filing dismissal documents upon execution of the formal settlement documents. *Id.* Accordingly, it is

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _13th_ day of May, 2019.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record